# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RITA SERRANO RAMIREZ,** : | |
| : | |
| Plaintiff, : | Civ. No. 1:19-cv-02097-MN |
| : | |
| v. : | |
| : | |
| **TESLA INDUSTRIES, INC.** : | **TRIAL BY JURY OF 12** |
| **(a Delaware Corporation)** : | **DEMANDED** |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL

The Plaintiff, Rita Serrano Ramirez, by and through her attorney, Barbara H. Stratton, Esquire, and the Defendant, Tesla Industries, Inc., by and through Defendant's attorneys, William A. Crawford, Esquire and Krista E. Shevlin, Esquire, hereby stipulate to agree to dismiss this action with prejudice.

| | |
|---|---|
| **KNEPPER & STRATTON** | **BAILEY & EHRENBERG, PPLC** |
| */s/ Barbara H. Stratton* | */s/ William T. Wilson* |
| Barbara H. Stratton (2785) | William T. Wilson |
| 1228 North King Street | 120 North Church Street, Ste 206 |
| Wilmington, DE 19801 | West Chester, PA 19380 |
| bhs@knepperstrattonlaw.us | wtw@becounsel.com |
| (302) 652-7717 | *Pro Hac Vice Attorney for Plaintiff* |
| *Attorney for Plaintiff* | |
| | **FRANKLIN & PROKOPIK** |
| | */s/ William A. Crawford* |
| | WILLIAM A. CRAWFORD (5600) |
| | KRISTA E. SHEVLIN (4526) |
| | 500 Creek View Road, Suite 502 |
| | Newark, DE 19711 |
| | (302) 594-9780 |
| | wcrawford@fandpnet.com |
| | kshevlin@fandpnet.com |
| Dated: July 1, 2020 | *Attorneys for Tesla Industries, Inc.* |

   **IT IS SO ORDERED, this _____ day of _____,
2020.**

                 _____
                 **J.**